NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAMIAN A. PARKER, )
)
      Appellant, )
)
v. )      Case No. 2D20-954
)
STATE OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Keith Spoto, Judge.


PER CURIAM.


      Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Lindquist v.

State, 155 So. 3d 1193 (Fla. 2d DCA 2014); Durant v. State, 177 So. 3d 995 (Fla. 5th

DCA 2015) (en banc); Walden v. State, 112 So. 3d 578 (Fla. 4th DCA 2013); Haynes v.

State, 106 So. 3d 481 (Fla. 5th DCA 2013).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.